AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

18 USC 1956(a)(1)(B)(i) -- Money Laundering

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
20 years' imprisonment; 5 years' supervised release; $500,000 fine or twice the value of the property in the transaaction; $100 special assessment

**DEFENDANT - U.S.**
▶ SEMYON NEYS

**DISTRICT COURT NUMBER**
CR 06 0793

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
Internal Revenue Service

☑ person is awaiting trial in another Federal or State Court, give name of court
N.D. California

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☑ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.
CR 05 491 VRW

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
KEVIN V. RYAN
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Laurel Beeler

## DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges    ☑ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☑ No    If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                     NORTHERN DISTRICT OF CALIFORNIA
10                         SAN FRANCISCO DIVISION
11 UNITED STATES OF AMERICA,           )  No. CR 06 0793 WHA
                                       )
12        Plaintiff,                   )  VIOLATION: 18 U.S.C. § 1956(a)(1)(B)(i) –
                                       )  Money Laundering; 18 U.S.C. § 2 – Aiding
13   v.                                )  and Abetting.
                                       )
14 SEMYON NEYS,                        )  SAN FRANCISCO VENUE
                                       )
15        Defendant.                   )
                                       )
16 _____ )

17                              I N F O R M A T I O N

18 The United States Attorney charges:

19        On or about May 20, 2005, and June 2, 2005, in the Northern District of California, the

20 defendant

21                                      SEMYON NEYS

22 did knowingly conduct financial transactions affecting interstate and foreign commerce (namely,

23 causing cash deposits totaling $10,000 to Wells Fargo Bank account 0489-0273390-2) with the

24 proceeds of a specified unlawful activity (namely, buying and receiving goods stolen from

25 interstate shipments in violation of Title 18, United States Code, Section 659), knowing that each

26 transaction was designed at least in part to conceal and disguise the nature, location, source,

27 ownership, and control of the proceeds of the specified unlawful activity, and knowing that the

28 property involved in the financial transactions represented the proceeds of some form of

INFORMATION

1 | unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

3 | DATED:

KEVIN V. RYAN
United States Attorney

MARK L. KROTOSKI
Chief, Criminal Division

8 | (Approved as to form: _____
AUSA Beeler

INFORMATION                                             2