1  SCOTT A. SUGARMAN (No. 68277)
   SUGARMAN & CANNON
2  44 Montgomery St., Suite 2080
   San Francisco, CA. 94104
3  Telephone: (415) 362-6252
   Facsimile: (415) 677-9445
4
5  Attorneys for Defendant
         SEMYON NEYS
6
7
                IN THE UNITED STATES DISTRICT COURT
8
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10 UNITED STATES OF AMERICA,      )  No. CR 05-0491 VRW
                                  )
11      Plaintiff,                )
                                  )  **STIPULATION TO**
12 v.                             )  **CONSOLIDATE ACTONS AND**
                                  )  **[proposed] ORDER**
13 SEMYON NEYS,                   )
                                  )
14      Defendant.                )
                                  )
15 _____)

16      The government originally charged Semyon Neys and numerous other defendants with
17 various drug offenses in CR 05-0491 VRW.  In constructing a plea agreement, the government and
18 counsel for Neys agreed that the government would file an Information charging Semyon Neys
19 alone with a single count of money laundering, CR 06-0793.  In accordance with a plea agreement,
20 Neys admitted one offense charged in each of those actions.  It was anticipated by the parties that
21 this Court would sentence Neys at one time for both offenses based on a consolidated Presentence
22 Report and the sentencing memoranda of both parties.
23      The parties STIPULATE that CR 05-0491 and CR 06-0793 shall be consolidated for
24 sentencing and for all purposes.
25
26 DATE: August 22, 2007              _____/s/_____
27
                                     LAUREL BEELER
28                                   Assistant United States Attorney

Stipulation re: Consolidation of Actions                                                    1

Case 3:06-cv-00783-VRW Document 46 Filed 08/28/2007 Page 2 of 2

1
2  DATE: August 22, 2007               _____/s/_____
3                                      SCOTT A. SUGARMAN
                                       Attorney for Semyon Neys
4
5        SO ORDERED.
6
   DATED:   8/28/2007
7
8                                      
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation re: Consolidation of Actions                                    2